There are no Nebraska Supreme Court of Appeals opinions for the week of December 23, 2014.